1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                 SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,              )     No. CR-12-00724 LHK
                                            )
11                        Plaintiff,        )     [PROPOSED] ORDER CONTINUING
                                            )     DETENTION HEARING
12   vs.                                    )     STATUS
                                            )
13   DEVON HENRIQUE PAJAS,                  )
                                            )
14                        Defendant.        )
     _____)

15

16          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17   hearing currently set for Wednesday, November 21, 2012, shall be continued to Wednesday,

18   January 2, 2013, at 9:00 a.m.

19          It is further ordered that the time through and including January 2, 2013, shall be

20   excluded from the computation of the time within which trial shall commence, due to Mr. Pajas'

21   anticipated absence from the district during his transportation to the FMC and during the FMC's

22   examination of him, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(3)(A).

23

24   Dated: November _19, 2012

25                                                _____
                                                  HON. LUCY H. KOH
26                                                United States District Judge