Filed

DEC 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00724 LHK |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER RE: COMPETENCY EVALUATION |
| v. | ) ) | |
| DEVON HENRIQUE PAJAS, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing, it is hereby ordered that defendant Devon Henrique Pajas is committed to the custody of the Attorney General for prompt designation to an appropriate Federal Medical Center and an evaluation of Mr. Pajas' mental competency pursuant to 18 U.S.C. § 4247(b). A psychiatric or psychological report shall be filed with the Court and provided to the parties in accordance with the requirements of 18 U.S.C. § 4247.

It is further ordered that the United States Marshals Service shall deliver Mr. Pajas to the Federal Medical Center within 10 days of his designation by the Attorney General or his authorized representative.

IT IS SO ORDERED.

Dated: December 12, 2012

_____
HON. LUCY H. KOH
United States District Judge

[~~Proposed~~] Order re: Competency Evaluation
CR 12-00724 LHK                                        1