IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00724 LHK |
| Plaintiff, | ) ) | [PROPOSED] ORDER CONTINUING" UVCVWUHEARING |
| vs. | ) ) | |
| DEVON HENRIQUE PAJAS, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Wednesday, March 13, 2013, shall be continued to Wednesday, March 27, 2013, at 9:00 a.m.

It is further ordered that the time through and including March 27, 2013, shall be excluded from the computation of the time within which trial shall commence, due to defense counsel's unavailability, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(3)(A) and (h)(7)(B)(iv).

Dated: March 34, 2013

*Lucy H. Koh*

HON. LUCY H. KOH
United States District Judge

[Proposed] Order Continuing Hearing
CR 12-00724 LHK                               1