|     |                                      |
| --- | ------------------------------------ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00724 LHK |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER FINDING DEFENDANT INCOMPETENT AND |
| v. | ) | COMMITTING DEFENDANT PURSUANT TO 18 U.S.C. § 4241(d) AND EXCLUDING |
| DEVON HENRIQUE PAJAS, | ) | TIME TO JUNE 5, 2013 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having reviewed the Forensic Evaluation (hereinafter "Evaluation"), dated February 28, 2013, prepared by Forensic Unit Psychologist Cynthia A. Low, Ph.D., and reviewed by Chief Psychologist Katherine Skellestad Winans, Ph.D., of the Federal Detention Center, SeaTac, Washington, the Court finds by a preponderance of the evidence that defendant Devon Henrique Pajas is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court hereby orders that Mr. Pajas be committed to the custody of the Attorney General, for hospitalization and treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to

1  go forward, pursuant to 18 U.S.C. § 4241(d)(1).

2  It is further ordered that the United States Marshals Service shall transport Mr. Pajas to the facility designated by the Attorney General or his designee within 10 days of receipt of the facility designation.

It is further ordered that the parties shall appear on Wednesday, June 5, 2013, at 9:00 a.m., for further hearing as to Mr. Pajas' mental status; the personal presence of Mr. Pajas at this hearing may be excused, to the extent that he remains in the custody of the Attorney General for continued treatment necessary for restoration of his mental competence. The time through and including June 5, 2013, shall be excluded from the computation of time within which trial shall commence, as a period of delay resulting from the fact of Mr. Pajas' mental incompetence, pursuant to 18 U.S.C. § 3161(h)(4).

Dated: March 27, 2013

_____
HON. LUCY H. KOH
United States District Judge