IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00724 LHK |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER CONTINUING DETENTION HEARING |
| vs. | ) ) | |
| DEVON HENRIQUE PAJAS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Wednesday, June 5, 2013, shall be continued to Wednesday, August 14, 2013, at 9:00 a.m.

    It is further ordered that the time through and including August 14, 2013, shall be excluded from the computation of the time within which trial shall commence, consistent with this Court's prior finding that Mr. Pajas is mentally incompetent to stand trial at this time, pursuant to 18 U.S.C. §§ 3161(h)(4).

Dated: June _3_, 2013

*/s/ Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[~~Proposed~~] Order Continuing Hearing
CR 12-00724 LHK      1